UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

GILBERT L. MILLER,

                Plaintiff,      Case No.: 4:19-cv-00584-MW-MJF

vs.

EQUIFAX INFORMATION
SERVICES, LLC and LOANCARE,
LLC,

                Defendants.

## PLAINTIFF'S AMENDED NOTICE OF FILING CONFIDENTIAL DOCUMENTS

Plaintiff, Gilbert L. Miller ("Plaintiff"), by and through undersigned counsel, hereby files the documents identified below as CONFIDENTIAL pursuant to the Stipulated Protective Order entered on January 24, 2020 [D.E. 13]. The documents listed below are referenced, identified, and attached to Plaintiff's Motion to Compel:

1. Portions of Plaintiff's Motion to Compel; and

2. Exhibit I – Equifax-Intelenet Master Agreement for Business Process and Support Services.[1]

---

[1] The copy of the Intelenet-Equifax Master Agreement for Business Process and Support Services produced by Equifax is 137 pages in length. For the sake of brevity, Plaintiff is only including pages 1 (the Master Agreement title page), 67 (the most relevant section of the Master Agreement, subsection 3.9), and 81-83 (another relevant section of the Master Agreement, subsection 9.6) as part of Exhibit I. In the event the Court would like to review the entire document *in-camera*, Plaintiff is willing to provide it.

1

The following exhibits were redacted but unredacted versions will not be provided as they contain attorney-work product and/or information protected by the attorney-client privilege:

1. Exhibit F - Atty Lodge and Atty Stein email chain from 6/16/2020 and 6/23/2020;

2. Exhibit G - Atty Lodge and Atty Stein email chain from 6/26/2020;

3. Exhibit H - Atty Lodge and Atty Stein email chain from 7/6/2020;

4. Exhibit K - Atty Lodge and Atty Stein email chain from 8/26/2020; and

5. Exhibit L - Atty Lodge and Atty McDonald email chain from 8/28/2020.

Dated: September 8, 2020      **VARNELL & WARWICK, P.A.**

/s/ JANET R. VARNELL
JANET R. VARNELL; FBN: 0071072
BRIAN W. WARWICK; FBN: 0605573
1101 E. Cumberland Ave., Suite 201H, #105
Tampa, FL 33602
Telephone: (352) 753-8600
Facsimile: (352) 504-3301
*bwarwick@varnellandwarwick.com*
*jvarnell@varnellandwarwick.com*
*kstroly@varnellandwarwick.com*

BERGER MONTAGUE PC

*/s/ Hans W Lodge*
Hans W. Lodge, MN Bar No. 0397012
(Admitted *Pro Hac Vice*)
43 SE Main Street, Suite 505

        Minneapolis, MN 55414
        Telephone: (612) 607-7794
        Fax: (612) 584-4470
        hlodge@bm.net