# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

**GILBERT L. MILLER**,

      Plaintiff,

Case No.: 4:19-cv-00584-MW-MJF

v.

**EQUIFAX INFORMATION SERVICES, LLC;
LOANCARE, LLC,**

      Defendants.

_____/

## DECLARATION OF CELESTINA GOBIN

1. My name is Celestina Gobin. I am the Litigation Support Manager for Defendant Equifax Information Services, LLC (hereinafter, "Equifax").

2. I am over the age of 18, am of sound mind and body, and am competent to make this declaration.

3. The following is based upon my own personal knowledge gained during the course of my employment with Equifax, and if called upon to testify thereto, I could and would accurately do so.

4. Intelent has no corporate affiliation with Equifax. Intelenet is not a corporate partner of Equifax.

5. Rather, Intelent is a company wholly separate from Equifax and is a party to a contract with Equifax wherein Equifax hired Intelenet to assist Equifax with various matters.

6. Neither Mr. Negi nor Mr. Singh are employees of Equifax.

7. Neither Mr. Negi nor Mr. Singh are officers, directors, or managing agents of Equifax.

1

2

I declare under the penalty of perjury, under the laws of the State of Georgia, that the foregoing is true and correct.  Executed this 18th day of September, 2020, at Atlanta, GA.

*Celestina Gobin*
_____
Celestina Gobin

65801783v.1